**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Charles Stegura III | Social Security number or ITIN   xxx–xx–2459 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Sandra A Stegura | Social Security number or ITIN   xxx–xx–4649 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   12–10523–MBK

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles Stegura III
aka Charles F Stegura

Sandra A Stegura

6/5/17

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-10523-MBK
Charles Stegura, III                                                    Chapter 13
Sandra A Stegura
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2           Date Rcvd: Jun 05, 2017
                               Form ID: 3180W          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2017.
```
db/jdb       +Charles Stegura, III,    Sandra A Stegura,    372 Park Avenue,    Old Bridge, NJ 08857-1356
512673602    +ACC Capital Holdings,    POB 11000,    Santa Ana, CA 92711-1000
512972235     AMBOY PATHOLOGY ASSOCIATES PA,    Revenue Recovery Corporation,    PO Box 2698,
               Knoxville, TN 37901-2698
512673603    +Advanced Feet & Ankle Care,    2433 Hwy 516,    Old Bridge, NJ 08857-1899
512673607    +Atlantic Federal Cred Un,    37 Market Street,    Kenilworth, NJ 07033-1761
512673609    +CCSI/RAB,    Macys,    PO BOx 34119,    Memphis, TN 38184-0119
512673610    +CEPI LLC,    723 N Beers St, Ste 1D,    Holmdel, NJ 07733-1512
512673614    +Garden State Anesthesia-Raritan Bay,    Attn: Raymon Meisenbacher & Sons Esqs.,
               739 East Main Street,    Bridgewater, NJ 08807-3339
512673618   ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
               RED BANK NJ 07701-6771
              (address filed with court: Jersey Central Power & Light,    PO Box 3687,    Akron, OH 44309)
512769508    +Jersey Central Power & Light,    331 Newman Springs Rd,    Building 3,    Red Bank, NJ 07701-6771
512673619   #+Keystone Financial Services,    Raritan Bay Medical Center,    PO Box 730,
               Allenwood, NJ 08720-0730
512673621   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
512690401    +Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
513056535     Nationstar Mortgage, LLC,    P.O. Box 829009,    Dallas, Texas 75382-9009
512737416    +New Century Financial Services, Inc.,    successor in inter.to GE Capital-JC Penn,
               c/o Pressler and Pressler, LLP.,    7 Entin Road,    Parsippany NJ 07054-5020
512673624    +Northland Group Inc.,    Crown Asset MGMNT/JCPENNY,    PO Box 390846,    Edina, MN 55439-0846
512673623    +Northland Group Inc.,    Macys,    PO Box 390846,    Edina, MN 55439-0846
512673625    +Old Bridge MUA,    PO Box 1006,    Laurence Harbor, NJ 08879-4006
513184813    +Old Bridge Municipal Utilities Authority,    PO Box 1006,    Laurence Harbor, NJ 08879-4006
512673626    +Perth Ambnoy Anesthesiology POC,    PO Box 8500,    Philadelphia, PA 19178-8500
512673627    +Plymouth Rock Assurance,    PO Box 48,    Newark, NJ 07101-0048
512673629    +Pressler & Pressler,    JCPENNEY,    7 Entin Rd.,    Parsippany, NJ 07054-5020
512673630    +Raritan Bay Med Cntr,    PO Box 48071,    Newark, NJ 07101-4871
512673631    +Revenue Recovery Corporation,    Amboy Pathology Asscoiates PA,    612 Gay Street,
               Knoxville, TN 37902-1603
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 05 2017 22:40:00     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 05 2017 22:39:56     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            EDI: FORD.COM Jun 05 2017 22:18:00     Ford Motor Credit Company, LLC,    P.O. Box 6275,
               Dearborn, MI 48121
512673606    +EDI: ARSN.COM Jun 05 2017 22:18:00     ARS National Services Inc.,    LVNV Funding/JC PENNEY,
               PO Box 463023,    Escondido, CA 92046-3023
512673604    +EDI: GMACFS.COM Jun 05 2017 22:18:00     Ally Financial,    POB 380901,
               Bloomington, MN 55438-0901
512673605    +EDI: AMEREXPR.COM Jun 05 2017 22:18:00     American Express,    POB 981537,
               El Paso, TX 79998-1537
512673608    +EDI: CAPITALONE.COM Jun 05 2017 22:18:00     Capital One,    POB 30281,
               Salt Lake City, UT 84130-0281
512673611    +EDI: CIAC.COM Jun 05 2017 22:18:00     Citimortgage,    POB 9438,    Gaithersburg, MD 20898-9438
512673612    +EDI: CCS.COM Jun 05 2017 22:18:00     Credit Collection Services,
               Palisades Safety & Insurance Association,    Two Wells Avenue, Dept 773,
               Newton, MA 02459-3225
512695497    +EDI: TSYS2.COM Jun 05 2017 22:18:00     Department Stores National Bank/Macys,
               Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
512797332     EDI: FORD.COM Jun 05 2017 22:18:00     Ford Motor Credit Company LLC,    Dept 55953,
               P O Box 55000,    Detroit MI 48255-0953
512673613    +EDI: FORD.COM Jun 05 2017 22:18:00     Ford Motor Credit,    POB 542000,    Omaha, NE 68154-8000
512673615    +EDI: RMSC.COM Jun 05 2017 22:18:00     GE/JCPENNEY,    PO Box 965007,    Orlando, FL 32896-5007
512673616    +EDI: HFC.COM Jun 05 2017 22:18:00     HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
512673617    +EDI: HFC.COM Jun 05 2017 22:18:00     HSBC Retail Services,    90 Christiana Rd,
               New Castle, DE 19720-3118
512937079     EDI: JEFFERSONCAP.COM Jun 05 2017 22:19:00     Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617
512673620    +EDI: TSYS2.COM Jun 05 2017 22:18:00     Macys,    POB 8218,    Mason, OH 45040-8218
512673622    +E-mail/PDF: bankruptcy@ncfsi.com Jun 05 2017 22:36:36     New Century Financial Services,
               GE Capital - JC PENNEY,    110 S. Jefferson Rd 104,    Whippany, NJ 07981-1038
512673628     EDI: PRA.COM Jun 05 2017 22:18:00     Portfolio Recovery Assoc.,    HSBC Card Services III INC,
               120 Corporate Blvd, Ste 100,    Norfolk, VA 23502
513025179     EDI: PRA.COM Jun 05 2017 22:18:00     Portfolio Recovery Associates, LLC,    c/o Orchard Bank,
               PO Box 41067,    Norfolk VA 23541
512673633    +EDI: WFNNB.COM Jun 05 2017 22:18:00     WFNNB/Lane Bryant,    PO Box 182789,
               Columbus, OH 43218-2789
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Jun 05, 2017
                              Form ID: 3180W          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
512673632       +EDI: WFNNB.COM Jun 05 2017 22:18:00      Wells Fargo/The Avenue,   PO Box 182789,
                 Columbus, OH 43218-2789
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC,   6409 Congress Avenue, Suite 100,   Boca Raton,
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2017 at the address(es) listed below:
```
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Charles G. Wohlrab     on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon     on behalf of Creditor    Nationstar Mortgage, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,   tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              Laura M. Egerman     on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               gshasa@rasnj.com;bmusarra@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
               gshasa@rasnj.com;bmusarra@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
              Ryan A. Gower    on behalf of Creditor    Nationstar Mortgage, LLC bkecf@milsteadlaw.com
              Scott M. Zauber     on behalf of Joint Debtor Sandra A Stegura szauber@subranni.com,
               ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
               hinnaurato@subranni.com
              Scott M. Zauber     on behalf of Debtor Charles  Stegura, III szauber@subranni.com,
               ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
               hinnaurato@subranni.com
                                                                                              TOTAL: 11
```