| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>CXE 17-019067<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856)793-3080<br>Chandra M. Arkema - 029552006<br>Krystin M. Alex - 171402015<br>Ujala Aftab - 034722011<br>Renée Pearl Cohen - 019362009<br>Katherine Knowlton Lopez - 013502011<br>Kathleen M. Magoon - 040682010<br>Donna L. Skilton - 013072007<br>Charles G. Wohlrab - 016592012<br>Rebecca Cirrinicione - 031212012<br>Courtney A. Martin - 098782016<br>ATTORNEYS FOR NATIONSTAR MORTGAGE LLC | Order Filed on June 15, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>CHARLES STEGURA, III AND SANDRA A STEGURA,<br>DEBTORS | CASE NO.: 12-10523-MBK<br><br>JUDGE: HONORABLE MICHAEL B.<br>KAPLAN |

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: June 15, 2017

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of SHAPIRO & DENARDO, LLC, Attorneys for NATIONSTAR MORTGAGE LLC under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

1. The Automatic Stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court (s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

_____    Land and premises commonly known as Lot 20, Block 26018
Commonly known as 372 Park Avenue, Old Bridge, New Jersey 08857.

2. The movant may join the Debtors and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtors, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-10523-MBK
Charles Stegura, III                                                    Chapter 13
Sandra A Stegura
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Jun 15, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.
db/jdb         +Charles Stegura, III,   Sandra A Stegura,   372 Park Avenue,   Old Bridge, NJ 08857-1356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority
               jglucksman@scarincihollenbeck.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,    tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
               gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
              Ryan A. Gower    on behalf of Creditor    Nationstar Mortgage, LLC bkecf@milsteadlaw.com
              Scott M. Zauber    on behalf of Joint Debtor Sandra A Stegura szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
               m;hinnaurato@subranni.com
              Scott M. Zauber    on behalf of Debtor Charles  Stegura, III szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
               m;hinnaurato@subranni.com
                                                                                              TOTAL: 12